```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RIVER COCCO, AKA RIVER COCCO, D.C.,<br><br>          Defendant | No. CV 13-3850<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, River Cocco, aka River Cocco, D.C., in the principal amount of $36,347.99 plus interest accrued to May 23, 2013, in the sum of $426.32; with interest accruing thereafter at the daily rate of $3.12 until entry of judgment, for a total amount of **$36,774.31**.

DATED: August 2, 2013          By: _____Terry Nafisi_____
                                     Clerk of Court
                                     _____
                                     Deputy Clerk
                               United States District Court